DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    Sara.winslow@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VANGALA, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>                Defendants. | 20-CV-8143 HSG<br><br>**STIPULATION RE BRIEFING AND HEARING SCHEDULE; ORDER** |

      Subject to the Court's approval, Plaintiffs and Defendants, through their undersigned counsel of record, HEREBY STIPULATE as follows:

      1. This case was filed on November 19, 2020. On the same day, Plaintiffs filed their Motion for Class Certification (ECF 4). The Motion did not notice a hearing date.

      2. Plaintiffs served the United States Attorney's Office with this case on November 23, 2020.

      3. Defendants will file their response to the Motion for Class Certification by January 14, 2021.

      4. Plaintiffs will file their reply by January 21, 2021.

      5. The hearing will be on February 4, 2021.

//

//

STIPULATION
20-CV-8143 HSG

1

|  |  |
|---|---|
| Dated: December 2, 2020 | Respectfully submitted, |
| | DAVID L. ANDERSON<br>United States Attorney |
| | _____/s/_____<br>SARA WINSLOW<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: December 2, 2020 | /s/   Matt Adams_____<br>MATT ADAMS<br>Northwest Immigrant Rights Project<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Defendants' response to Plaintiffs' Motion for Class Certification (ECF 4) is due January 14, 2021. Plaintiffs' reply is due January 21, 2021. The Court will hold a hearing on February 4, 2021 at 2:00 p.m.

IT IS SO ORDERED.

Date: 12/3/2020

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION
20-CV-8143 HSG

2