Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Akhilesh R. Vangala; I.S.A.; Kenney M. Castaneda Penate | ) ) ) ) ) ) ) ) ) ) | Case No: 4:20-cv-8143-HSG<br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER<br>(CIVIL LOCAL RULE 11-3) |
|---|---|---|
| Plaintiff(s), | | |
| v. | | |
| U.S. Citizenship and Immigration Services et al. | | |
| Defendant(s). | | |

I, Tiffany Lieu, an active member in good standing of the bar of Washington State, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Akhilesh R. Vangala et al. in the above-entitled action. My local co-counsel in this case is Zachary Nightingale, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 10 Griggs Terrace<br>Brookline, MA 02138 | 180 Sutter Street, Suite 500<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 819-4291 | (415) 821-8806 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tiffany@immigrationlitigation.org | zn@vblaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 55175.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/19/20

Tiffany Lieu
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Tiffany Lieu is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/17/2020

Haywood S. Gill, Jr.
UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                               *October 2012*