DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7298
elizabeth.kurlan@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AKHILESH VANGALA, *et al.*, | No. 4:20-cv-8143-HSG |
| Plaintiffs, | |
| v. | **STIPULATION TO STAY PROCEEDINGS; ORDER** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until February 15, 2021. The parties make this joint request because they are engaged in settlement discussions and an administrative resolution that may render further litigation of this case unnecessary.

Plaintiffs filed this action under the Administrative Procedure Act, challenging United States Citizenship and Immigration Services' ("USCIS") implementation of a "blank space" rejection criteria for certain immigration benefits forms. On December 3, 2020, the Court granted the parties' stipulated briefing schedule for Plaintiffs' Motion for Class Certification. ECF No. 21. Shortly after this action was filed, however, the parties entered into settlement discussions. In light of the parties' pursuit of a potential settlement in lieu of litigation, the parties conferred and agree that judicial economy would best be served by staying the litigation deadlines in this case for a limited time. Courts have "broad

1   discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay

2   proceedings is incidental to the power inherent in every court to control the disposition of the causes on

3   its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am.*

4   *Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

5          Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

6   February 15, 2021, at which time the parties will file a joint status report with the Court. At that time,

7   the parties may request a further continuance of the stay of proceedings, court approval of a proposed

8   settlement agreement and dismissal of the litigation if appropriate, or placement of the case back on the

9   Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's

10  resources while the parties pursue a potential settlement.

11  DATED: January 13, 2021                    Respectfully submitted,

12                                              DAVID L. ANDERSON
                                                United States Attorney
13
                                                *s/ Elizabeth D. Kurlan*
14                                              ELIZABETH D. KURLAN
                                                Assistant United States Attorney
15
16                                              *Attorneys for Defendants*

17
    DATED: January 13, 2021
18                                              *s/ Matt Adams*
19                                              MATT ADAMS
                                                Attorney
20                                              Northwest Immigrant Rights Project

21                                              *Attorney for Plaintiffs*

22

23

24

25

26

27

28

STIPULATION TO STAY PROCEEDINGS AND ORDER
4:20-CV-8143-HSG                         2

1

**ORDER**

2       Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered

3 that the proceedings in this case is stayed until February 15, 2021. The parties shall provide a joint status

4 report by February 15, 2021.

5       IT IS SO ORDERED.

6

7 DATED:  1/14/2021

8 _____

9 HON. HAYWOOD S. GILLIAM, JR.
      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28