1  STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney
4
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102-3495
     Telephone: 415-436-7298
6    elizabeth.kurlan@usdoj.gov

7  *Attorneys for Defendants*

8
                        UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                             OAKLAND DIVISION
11

12  AKHILESH VANGALA, *et al.*,              )   No. 4:20-cv-8143-HSG
                                             )
13          Plaintiffs,                      )
                                             )   **JOINT STATUS REPORT AND STIPULATION**
14      v.                                   )   **TO CONTINUE THE STAY OF**
                                             )   **PROCEEDINGS; [PROPOSED] ORDER**
15  UNITED STATES CITIZENSHIP AND            )
    IMMIGRATION SERVICES, *et al.*,          )
16                                           )   Hon. Haywood S. Gilliam, Jr.
            Defendants.                      )
17  _____ )

18      The parties, through their undersigned attorneys, submit this joint status report regarding their

19  continued settlement discussions. Plaintiffs have sent Defendants an initial draft settlement agreement.

20  Defendants are in the process of reviewing the draft agreement and will forward soon a revised version

21  to Plaintiffs. However, the parties need additional time to finalize the settlement agreement, and they

22  anticipate that they can finalize the agreement within the next several weeks. Therefore, the parties

23  respectfully request the Court to continue the stay of proceedings in this case for a limited time, until

24  April 30, 2021. The additional time is necessary to allow the parties to finalize a settlement agreement

25  that will render further litigation of this case unnecessary. Moreover, the parties are prepared to provide

26  the Court with a status update at the case management conference scheduled for April 27, 2021. ECF 35.

27      Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

28  April 30, 2021. At that time, the parties may request a further continuance of the stay of proceedings, or

STIPULATION TO CONTINUE STAY OF PROCEEDINGS
4:20-CV-8143-HSG                                          1

1  court approval of a proposed settlement agreement and dismissal of the litigation if appropriate. A

2  continuation of the stay of proceedings in this case will benefit the parties and conserve the Court's

3  resources while the parties finalize a potential settlement.

4  DATED: April 19, 2021                          Respectfully submitted,

5                                                 STEPHANIE M. HINDS
                                                   Acting United States Attorney
6
7                                                  _s/ Elizabeth D. Kurlan_____
                                                   ELIZABETH D. KURLAN
                                                   Assistant United States Attorney
8
9                                                  *Attorneys for Defendants*

10

11 DATED: April 19, 2021
                                                   _s/ Matt Adams_____
12                                                 MATT ADAMS
                                                   Attorney
13                                                 Northwest Immigrant Rights Project

                                                   *Attorney for Plaintiffs*
14

15

16

17

18                                **[PROPOSED] ORDER**

19        Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered

20 that the stay of proceedings in this case be continued until April 30, 2021.

21        IT IS SO ORDERED.

22

23 DATED:_____

24
                                                   _____
25                                                 HON. HAYWOOD S. GILLIAM, JR.
                                                   United States District Judge

26

27

28

STIPULATION TO CONTINUE STAY OF PROCEEDINGS
4:20-CV-8143-HSG                                        2