UNITED STATES DISTRICT COURT

NORTHWERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AKHILESH R. VANGALA; I.S.A.; and KENNY M. CASTANEDA PENATE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 4:20-cv-08143-HSG<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT: ORDER**<br><br>Hon. Haywood S. Gilliam, Jr. |

The parties hereby jointly request that this Court approve and adopt the attached Settlement Agreement and dismiss this case. Attached as Exhibit 1 is the parties' Settlement Agreement that proposes a settlement of this case, as modified to reflect the Court's instructions from the Case Management Conference from July 13. 2021. The substantial relief provided by the Settlement Agreement to the Plaintiffs will also provide relief for more than sixty thousand applicants similarly situated to Plaintiffs. Although Plaintiffs' Complaint was filed as a putative class action and Plaintiffs filed a motion for class certification on November 19, 2020, briefing

has not been completed and no class has been certified. Furthermore, Defendants, agreed to rescind the policy challenged in the Complaint and agreed to provide relief to Plaintiffs as well as to other similarly situated individuals, as laid out in the Settlement Agreement. As such, this Court's order adopting the Settlement Agreement provides relief beyond the Plaintiffs without the need for protracted litigation and the accompanying drain of resources required to certify a class and bind class members to any such settlement. Accordingly, the Parties respectfully request this Court adopt the Settlement Agreement and dismiss this case.

DATED: July 19, 2021                    Respectfully submitted,

*s/ Matt Adams*
Matt Adams (WA 28287)*
Aaron Korthuis (WA 53974)*
Margot Adams (WA 56573)*
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

Trina Realmuto (CA 201088)
Mary Kenney (DC 1044695)*
Tiffany Lieu (WA 55175)*
NATIONAL IMMIGRATION
LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447

Zachary Nightingale (CA 184501)
Helen Beasley (CA 279535)
VAN DER HOUT LLP
180 Sutter Street, Suite 500
San Francisco CA 94104
(415) 981-3000

*Attorneys for Plaintiffs*

1
2
3   STEPHANIE M. HINDS
    Acting United States Attorney
4
5
    <u>s/ Elizabeth D. Kurlan</u>
6   ELIZABETH D. KURLAN
    Assistant United States Attorney
7
8   *Attorneys for Defendants*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

JOINT MOTION TO APPROVE
SETTLEMENT                -3-

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

JOINT MOTION TO APPROVE
SETTLEMENT                        -4-

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

**ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the Settlement Agreement Attached as Exhibit 1 is approved and the case is dismissed.

IT IS SO ORDERED.

DATED: 7/20/2021

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge